UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

ROHARIL CRUZ

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MJ 6017

Defendant ___Roharil Cruz_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_/s/ Roharil Cruz by JCM on consent_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Roharil Cruz_____
Print Defendant's Name

_Kerry A. Lawrence_ (signature)
Defendant's Counsel's Signature

_Kerry A. Lawrence_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_6/18/2021_____
Date

_Judith C. McCarthy_ (signature)
U.S. District Judge/U.S. Magistrate Judge